UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 09-60988-CIV-COHN/SELTZER

ROSALIGIA ALVAREZ FEBELS a/k/a
ROSALIGIA ALVAREZ

       Plaintiff,

v.

S&G INVESTCO INC., a Florida corporation,
EDILEEN SALICRUP and RONALD GLAZER,

       Defendants.
_____/

## ORDER DIRECTING DEFENDANT RONALD GLAZER TO RESPOND TO PLAINTIFF'S COMPLAINT

**THIS CAUSE** is before the Court *sua sponte*.  On March 22, 2010, Defendants Edileen Salicrup, Ronald Glazer, and S&G Investco Inc.'s Response to Complaint [DE 30] ("Salicrup's Response") was filed.  The document is signed by only Edileen Salicrup who has given no indication that she is an attorney licensed to practice in this District.

    "[T]he Constitution of the United States . . . does not grant to [a litigant] the right to have an unlicensed layman represent them in Court proceedings."  Turner v. American Bar Ass'n, 407 F. Supp. 451, 478 (N.D. Tex 1975), affirmed, sub nom. Pilla v. American Bar Ass'n, 542 F.2d 56 (8th Cir. 1976); see also Guajardo v. Luna, 432 F.2d 1324, 1325 (5th Cir. 1970).  Accordingly, a document filed by someone who is not a licensed attorney on another's behalf is "invalid."  Cuellar v. Johnson, 1999 WL 153002, *1 (5th Cir. 1999).  Therefore, Salicrup's Response is invalid with respect to Defendants S&G Investco Inc. and Mr. Glazer.

    The Court previously made clear that S&G Investco Inc., a corporation, must

be represented by an attorney. See DE 13. As such, S&G Investco Inc. will not be provided with any more opportunities to respond to the Complaint. Mr. Glazer will, however, be permitted leave to file a Response. Mr. Glazer is advised that he may either represent himself *pro se* or have a licensed attorney file a Response on his behalf. However, Ms. Salicrup may not represent Mr. Glazer in this action unless she can demonstrate to the Court that she is licensed to practice law. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that Mr. Glazer shall, consistent with this Order, file a Response to Plaintiff's Complaint on or before **April 20, 2010**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, on this 8th day of April, 2010.

_____
JAMES I. COHN
United States District Judge

Copies provided to:

Counsel of record via CM/ECF

Unrepresented parties

Ronald Glazer
3951 San Simeon Lane
Weston, FL 33331

2